```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 25829
     ELIZABETH A FOSTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7705


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/29/2008 and was not confirmed.

     The case was dismissed without confirmation 01/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC     7900.00           .00          .00
CITIFINANCIAL AUTO CREDI  UNSECURED         3689.71           .00          .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00          .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        .00            .00          .00
AMC MORTGAGE SERV         UNSECURED        NOT FILED          .00          .00
PRA RECEIVABLES MGMT      UNSECURED          564.96           .00          .00
AT&T                      UNSECURED        NOT FILED          .00          .00
ST JAMES RADIOLOGISTS     UNSECURED        NOT FILED          .00          .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED          .00          .00
CREDITORS COLLECTION BUR  UNSECURED         1246.00           .00          .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00          .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          968.98           .00          .00
ASPIRE                    UNSECURED        NOT FILED          .00          .00
NICOR GAS                 UNSECURED        NOT FILED          .00          .00
NICOR GAS                 UNSECURED        NOT FILED          .00          .00
AT&T WIRELESS             UNSECURED        NOT FILED          .00          .00
PRA RECEIVABLES MGMT      UNSECURED          763.51           .00          .00
NORTH STAR CAPITAL ACQ    UNSECURED          425.00           .00          .00
JESSICA FOSTER WILLIAMS   NOTICE ONLY      NOT FILED          .00          .00
RUEDEANE FOSTER MCCOLLUM  NOTICE ONLY      NOT FILED          .00          .00
WANDA J FOSTER            NOTICE ONLY      NOT FILED          .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,840.00                       .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 25829 ELIZABETH A FOSTER
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                    ---------------    ---------------
TOTALS                                         .00                      .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 08 B 25829 ELIZABETH A FOSTER